UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH PEARSON, #697215,

        Plaintiff,

                              CASE NO. 2:11-CV-14546
v.                           HONORABLE ARTHUR J. TARNOW

LISA REEVES, ET AL.,

        Defendants.
                                      /

## OPINION AND ORDER OF DISMISSAL

The Court has before it Plaintiff Joseph Pearson's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff is a state prisoner confined at the West Shoreline Correctional Facility in Muskegon Heights, Michigan. At the time he filed his complaint, Plaintiff did not pay the required $350.00 filing fee, nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). Consequently, the Court issued a deficiency order requiring Plaintiff to either pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days – by November 21, 2011. The order provided that if Plaintiff did not submit either the fee or the application within that time, his case would be dismissed. Plaintiff has failed to correct the deficiency within the allotted time for doing so.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the civil rights complaint.

**IT IS SO ORDERED**.

S/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

Dated: December 7, 2011

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on December 7, 2011, by electronic and/or ordinary mail.

S/Catherine A. Pickles
Judicial Secretary